IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WORKERS' COMPENSATION
ADMINISTRATIVE TRUST
FUND, DIVISION OF
WORKERS' COMPENSATION,
DEPARTMENT OF
FINANCIAL SERVICES,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5778

     Appellant,

v.

TOMPKINS BECKWITH,
INC./ARGONAUT INSURANCE
COMPANY, LINDA COOPER
(SURVIVING SPOUSE OF
MARK C. COOPER),

     Appellee.

_____/

Opinion filed October 5, 2016.

An appeal from an order of the Judge of Compensation Claims.
Ralph J. Humphries, Judge.

Date of Accident: November 4, 1982.

Cynthia Arnold Shaw, Department of Financial Services, Tallahassee, for Appellant.

Bill McCabe, Longwood, and Anthony J. Salzman, Gainesville, for Appellee.

PER CURIAM.

     AFFIRMED.

RAY, KELSEY, and WINOKUR, JJ., CONCUR.